IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

ABRAHAM KELLY, AIS # 155176,   :

    Plaintiff,   :

vs.   :   CIVIL ACTION 13-0018-WS-M

WARDEN WALTER MEYERS, *et al.*,   :

    Defendants.   :

ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court. It is ORDERED that this action be and is hereby TRANSFERRED to the United States District Court for the Middle District of Alabama.

DONE this 24th day of June, 2013.

                s/WILLIAM H. STEELE
                CHIEF UNITED STATES DISTRICT JUDGE